**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**THE ESTATE, PERSONAL
REPRESENTATIVE, AND/OR THE
HEIRS OF PATRICIA BIANCHI,**

    **Plaintiff,**

**v.**                                            **Case No. 8:08-cv-1585-T-30TGW**

**GREATSTONE EQUITIES, INC. and
CIRCLE K STORES, INC.,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendants' Motion to Dismiss (Dkt. 21) and Plaintiff's Response to the motion (Dkt. 22). Plaintiff Patricia Bianchi died on or about April 13, 2009. This Court granted Plaintiff's Motion to Substitution of Parties, which allowed the substitution of the Estate, Personal Representative, and/or heirs devisees of the decedent to be substituted as the Plaintiff. Defendants move to dismiss based on the failure of Plaintiff's heirs or representatives to establish an estate or otherwise take steps to preserve this action. In the response to the motion to dismiss, Plaintiff's counsel informs the Court that despite numerous attempts to contact any heirs, he has not been able to reach anyone. Plaintiff's counsel states that it appears that any heirs have abandoned this action. Both parties request that this action be dismissed with prejudice.

It is therefore ORDERED AND ADJUDGED that:

1. Defendants' Motion to Dismiss (Dkt. 21) is **GRANTED**.

2. This action is dismissed without prejudice.

3. The Clerk is directed to close this file and deny any pending motions as moot.

**DONE** and **ORDERED** in Tampa, Florida on August 31, 2009.

*[signature]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2008\08-cv-1585.mtd 21.frm